## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Armstrong, Angela L

Printed: 01/22/09

Case Number:  07 B 20604
Judge:  Goldgar, A. Benjamin
Filed:  11/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  November 26, 2008
Confirmed:  April 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,250.00 |  |
| Secured: |  | 2,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,510.50 |
| Trustee Fee: |  | 379.06 |
| Other Funds: |  | 360.44 |
| Totals: | 6,250.00 | 6,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 3,510.50 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 10,141.71 | 2,000.00 |
| 5. | America's Servicing Co | Secured | 2,402.25 | 0.00 |
| 6. | America's Servicing Co | Secured | 10,794.34 | 0.00 |
| 7. | Illinois State University | Unsecured | 136.76 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 70.43 | 0.00 |
| 9. | Devon Financial Services Inc | Unsecured | 39.32 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 79.35 | 0.00 |
| 11. | Santander Consumer USA | Unsecured | 42.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 53.06 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 226.86 | 0.00 |
| 14. | Superior Bank FSB | Unsecured | 1,698.07 | 0.00 |
| 15. | Illinois State University Credit Union | Unsecured | 229.92 | 0.00 |
| 16. | U.S. Department Of Education | Unsecured | 1,561.60 | 0.00 |
| 17. | U.S. Department Of Education | Unsecured | 3,377.11 | 0.00 |
| 18. | Nicor Gas | Unsecured | 178.59 | 0.00 |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | B & L Marketing | Unsecured |  | No Claim Filed |
| 22. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 23. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 24. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 25. | Financial Recovery | Unsecured |  | No Claim Filed |
| 26. | Medical Collections | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Armstrong, Angela L

Printed: 01/22/09

Case Number:  07 B 20604
Judge:  Goldgar, A. Benjamin
Filed:  11/5/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  River Auto Group Ltd | Unsecured | | No Claim Filed |
| 28.  PDL Financial Services | Unsecured | | No Claim Filed |
| 29.  State Collection Srv | Unsecured | | No Claim Filed |
| 30.  Pay Day Loan Co | Unsecured | | No Claim Filed |
| 31.  Payday Loan | Unsecured | | No Claim Filed |
| | | $ 34,541.87 | $ 5,510.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 22.84 |
| 6.5% | 297.51 |
| 6.6% | 58.71 |
| | $ 379.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

